IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAREYAN COOK,

        Plaintiff,

v.                             CASE NO.  4:14-cv-79-MW/CAS

MICHAEL D. CREWS, et al.,

        Defendants.

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No.4, filed February 25, 2014, and has also reviewed *de novo* Plaintiff's Response to Report and Recommendation, ECF No. 5, construed by this Court as objections to the report and recommendation.  Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted,** over objections, as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2 is **DENIED** pursuant to 28 U.S.C. §1915(g).  This case is **DISMISSED without prejudice** to Plaintiff's refiling an action if Plaintiff simultaneously submits the $400 filing fee.  The

Clerk is directed to note on the docket this cause is dismissed pursuant to 28

U.S.C. §1915(g)."  The Clerk shall close the file.

**SO ORDERED on March 12, 2014.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**